[No. 44818-8-I.   Division One.   June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL STEVENSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-09461-0, Carol A. Schapira, J., entered May 21, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44898-6-I.   Division One.   June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00779-1, LeRoy McCullough, J., entered June 25, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44907-9-I.   Division One.   June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK BAUER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08255-7, Ronald Kessler, J., entered June 21, 1999. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 44803-0-I.   Division One.   June 19, 2000.]

LINDA J. YORK, *Appellant*, v. DANIEL K. YORK, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 93-3-00210-2, James H. Allendoerfer, J., entered May 14, 1999. *Affirmed* by unpublished per curiam opinion.